UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U'EEA CUSH-EL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:22-CV-00551-AGF ) |
| CHEX SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM & ORDER**

This matter is before the Court upon its review of the record. This case was initially filed by Plaintiff U'Eea Cush-El, appearing *pro se*, in the St. Louis County Circuit Court. (Doc. No. 1). Plaintiff alleges she "sustained severe financial injuries due to the Defendant being in violation of the Fair Credit Reporting Act." (Doc. No. 1-1 at 22). Defendant removed the matter to this Court on the basis of federal question jurisdiction. (Doc. No. 1). The matter was assigned to Judge Mensah, who set a Rule 16 Conference on July 19, 2022 at 10:00 AM in Courtroom 13S. (Doc. No. 8). The case was then reassigned to the undersigned. (Doc. No. 9). In light of the pending motion for a more definite statement, the Rule 16 Conference will be vacated.

Defendant filed a motion for a more definite statement on May 27, 2022 pursuant to Fed. R. Civ. P. 12(e). (Doc. No. 6). It argues the complaint is so vague and ambiguous that it cannot reasonably prepare a response and asks the Court to order Plaintiff to file an amended complaint. Plaintiff did not file a response, and the time to

do so has passed.  On June 24, 2022, Defendant filed a reply to its motion for a more definite statement, asking the Court to treat its motion as unopposed and order Plaintiff to file an amended complaint.  (Doc. No. 10).

The Court will order Plaintiff to show cause within ten days of the date of this order why Defendant's motion for a more definite statement should not be granted.  Plaintiff is advised that her self-represented status does not excuse her from her obligations to comply with Court orders, the Court's Local Rules, and the Federal Rules of Civil Procedure.  *See Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("Even pro se litigants must comply with court rules and directives.").  The Court's Local Rules and other resources for self-represented litigants, including a link to the Federal Rules of Civil Procedure, are available on the Eastern District of Missouri's website, www.moed.uscourts.gov.

Accordingly,

**IT IS HEREBY ORDERED** that the Rule 16 Conference set for July 19, 2022 is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff shall show cause in writing within **ten days** why Defendant's motion for a more definite statement should not be granted.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2022.